# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GABRIEL JOHNSON, by and through his next friend, DIANA DIXON-JOHNSON | § § | |
| | § | CIVIL ACTION NO. 3:26-CV-2753-S-BT |
| v. | § § | |
| MARKWAYNE MULLIN, et al. | § | |

## ORDER

On August 18, 2026, Petitioner Gabriel Johnson filed the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition") [ECF No. 1]. On September 7, 2026, Petitioner filed the Emergency Motion for Temporary Restraining Order ("Motion") [ECF No. 6]. The Court sets the Motion on an expedited briefing schedule. Respondents shall respond to the Motion on or before **September 18, 2026**. Any reply from Petitioner, if necessary, shall be filed by **September 24, 2026**.

Further, it is **ORDERED** that Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, **shall not** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, to transfer Petitioner from this Court's jurisdiction, or to circumvent the provisions of this Order until further order of the Court.

**SO ORDERED.**

SIGNED September 8, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**