# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GABRIEL JOHNSON, by and through his next friend, DIANA DIXON-JOHNSON | § § | |
| | § | CIVIL ACTION NO. 3:26-CV-2753-S-BT |
| v. | § § | |
| MARKWAYNE MULLIN, et al. | § | |

## ORDER

On September 17, 2026, Petitioner Gabriel Johnson withdrew his pending motion for a temporary restraining order. *See* ECF No. 18. Accordingly, the Clerk of the Court is **DIRECTED** to show the motion for a temporary restraining order [ECF No. 6] as withdrawn on the docket sheet. The Court's September 8, 2026, expedited briefing schedule is **VACATED**. Further briefing, if necessary, will be sought by separate order.

**SO ORDERED**.

SIGNED September 18, 2026.

UNITED STATES DISTRICT JUDGE